1  Marc V. Kalagian
2  Attorney at Law: 4460
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel: (562)437-7006
4  Fax: (562)432-2935
5  E-Mail: rohlfing.kalagian@rksslaw.com
   Attorneys for Plaintiff
6  TANIA V. REAL DE RAGAN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TANIA V. REAL DE RAGAN | Case No.: 2:16-cv-02468-JAD-PAL |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND AND/OR REVERSAL |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Tania V. Real De Ragan ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to April 5, 2017; and that Defendant shall have 30 days or until May 5, 2017, to file her opposition, if any is forthcoming. Any reply by plaintiff will be due May 26, 2017.

-1-

1  An extension of time is needed in order to properly address the issues within
2  the administrative record in this matter.  Counsel sincerely apologizes to the court
3  for any inconvenience this may have had upon it or its staff.

DATE: February 2, 2017        Respectfully submitted,

                                              ROHLFING & KALAGIAN, LLP

                                              /s/ *Marc V. Kalagian*

                              BY: _____
                              Marc V. Kalagian
                              Attorney for plaintiff Ms. Tania V. Real De Ragan

DATE:  February 2, 2017        Daniel G. Bogden
                                      United States Attorney

                                          /s/ *April A. Alongi*

                              BY: _____
                              April A. Alongi
                              Special Assistant United States Attorney
                              Attorneys for defendant Nancy A. Berryhill
                              |*authorized by e-mail|

DATED: February 3, 2017

IT IS SO ORDERED:    _____
                              UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:16-CV-02468-JAD-PAL**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on February 2, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff

-3-