1 | MARC V. KALAGIAN, SBN 4460
Attorney at Law
    211 East Ocean Boulevard, Sutie 420
    Long Beach, California 90802
    Phone:  562-437-7006
    Fax:  562-432-2935
    rohlfing.kalagian@rksslaw.com

Attorney for Plaintiff

STEVEN W. MYHRE, NSBN 9635
Acting United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Phone:  415-977-8954
    Fax:  415-744-0134
    april.alongi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TANIA V. REAL DE RAGAN, | Case No: 2:16-cv-02468-JAD-PAL |
|     Plaintiff | |
|     v. | **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION TO AFFIRM** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1] | **(First Request)** |
|     Defendant. | |

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Carolyn W. Colvin as the defendant in this suit.  No further action needs to be taken to continue this case by reason of the last sentence of section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

-1-

1     Plaintiff Tania V. Real De Ragan (Plaintiff) and Defendant Nancy A. Berryhill, Acting
2 Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court,
3 to an extension of time for the Commissioner to file her Cross-Motion To Affirm by thirty-one
4 days from May 5, 2017 to June 5, 2017, with all other dates in this Court's Scheduling Order
5 extended accordingly. This is the Commissioner's first request for an extension.

6 ///
7 ///
8 ///
9 ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///

18     There is good cause because, since Plaintiff filed her Motion For Reversal And/Or Remand
19 (Plaintiff's Motion), counsel has been handling a large number of District Court cases in addition
20 to this one, with two briefs due this week, three briefs due next week, and a settlement conference
21 next week, as well. Additionally, the Commissioner's counsel will be out of the office on approved
22 leave for four days next week. Further, counsel has had numerous other deadlines in the past
23 month, including other District Court briefs, a settlement memorandum, and ongoing discovery in
24 an employment case which was completed this week. As a result, the Commissioner needs
25 additional time to properly respond to the issues Plaintiff raised in her Motion. Plaintiff has no
26

objection.

Respectfully submitted,

Date: May 5, 2017

By: */s/\* Marc V. Kalagian*
MARC V. KALAGIAN
Attorney at Law
*by email authorization on 5/4/17

Attorney for Plaintiff

Date: May 5, 2017

STEVEN W. MYHRE
Acting United States Attorney
BLAINE T. WELSH
Chief, Civil Division

By: */s/ April A. Alongi*
APRIL A. ALONGI
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED.

DATE: May 5, 2017

_____
THE HONORABLE PEGGY A. LEEN
United States Magistrate Judge

# DEFENDANT'S CERTIFICATE OF SERVICE

I certify that I caused the Joint Stipulation For Extension Of Time To File Defendant's Cross-Motion To Affirm (First Request) to be served, via CM/ECF notice, on:

MARC V. KALAGIAN
Attorney at Law
rohlfing.kalagian@rksslaw.com

Date: May 5, 2017

STEVEN W. MYHRE
Acting United States Attorney
BLAINE T. WELSH
Chief, Civil Division

By: */s/ April A. Alongi*
APRIL A. ALONGI
Special Assistant United States Attorney

Attorneys for Defendant