1  STEVEN W. MYHRE, NSBN 9635
   Acting United States Attorney
2  BLAINE T. WELSH
   Chief, Civil Division
3  APRIL A. ALONGI, VSBN 76459
   Special Assistant United States Attorney
4        160 Spear Street, Suite 800
         San Francisco, California 94105
5        Phone:  415-977-8954
         Fax:  415-744-0134
6        april.alongi@ssa.gov
7  Attorneys for Defendant

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10

11  | TANIA V. REAL DE RAGAN, | ) | Case No:  2:16-cv-02468-JAD-PAL |
    |---|---|---|
    |              Plaintiff | ) | |
    |    v. | ) | **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE CROSS-MOTION TO AFFIRM** |
    | NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1] | ) | **(Second Request)** |
    |              Defendant. | ) | |

16

17      Defendant Nancy A. Berryhill, Acting Commissioner of Social Security (the

18  Commissioner), moves for an extension of time for the Commissioner to file her Cross-Motion To

19  Affirm by thirty days from June 5, 2017 to July 5, 2017, with all other dates in this Court's

20  Scheduling Order extended accordingly.  This is the Commissioner's second request for an

21  extension.

22      There is good cause because, since the Commissioner's previous extension, counsel has

23  had numerous other deadlines, including District Court briefs, a dispositive motion in an

24  _____

25  [1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d)
    of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Carolyn W.
    Colvin as the defendant in this suit.  No further action needs to be taken to continue this case by

26  reason of the last sentence of section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

employment law case, and an oral argument in a District Court case. Counsel was also out of the office on approved leave for nearly two weeks in May and, as of June 5, 2017, will be out of the office on extended leave. This case will be transferred to another attorney in the office. As a result, the Commissioner needs additional time to properly respond to the issues Plaintiff Tania V. Real De Ragan (Plaintiff) raised in her Motion For Reversal And/Or Remand. Counsel makes this request in good faith and without any intention of undue delay. At the time of filing, counsel had not yet received a response from Plaintiff as to this request.

Respectfully submitted,

Date:   June 2, 2017

STEVEN W. MYHRE
Acting United States Attorney
BLAINE T. WELSH
Chief, Civil Division

By:   */s/ April A. Alongi*
APRIL A. ALONGI
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED.

DATE:   June 12, 2017

THE HONORABLE PEGGY A. LEEN
United States Magistrate Judge

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused Defendant's Motion For Extension Of Time To File Cross-Motion To Affirm (Second Request) to be served, via CM/ECF notice, on:

MARC V. KALAGIAN
Attorney at Law
    rohlfing.kalagian@rksslaw.com

Date:   June 2, 2017

STEVEN W. MYHRE
Acting United States Attorney
BLAINE T. WELSH
Chief, Civil Division

By:   */s/ April A. Alongi*
APRIL A. ALONGI
Special Assistant United States Attorney

Attorneys for Defendant