AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Tania V. Real de Ragan,

          Plaintiff,

v.

Carolyn W. Colvin,

          Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:16-cv-02468-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the motion for attorney's fees (ECF No. 28) is GRANTED. Plaintiff's attorney, the Law Offices of Lawrence D. Rohlfing, is awarded attorneys' fees pursuant to 42 U.S.C. § 406(b) in the amount of $7,000.00.

IT IS FURTHER ORDERED that the Law Offices of Lawrence D. Rohlfing shall reimburse Plaintiff the amount of $3,013. 98 for EAJA fees previously paid by the Commissioner.

7/20/21  
Date

DEBRA K. KEMPI  
Clerk

/s/ H. Magennis  
Deputy Clerk